**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1604**

EARL BARNETT,

                    Plaintiff - Appellant,

          v.

U.S. ATTORNEY GENERAL, Department of Justice; FEDERAL BUREAU
OF PRISONS,

                    Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge.  (1:11-cv-00203-IMK-JSK)

Submitted:  July 26, 2013          Decided:  August 13, 2013

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Earl Barnett, Appellant Pro Se.   Jarod James Douglas, Assistant
United States Attorney, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Barnett appeals the district court's order adopting the recommendation of the magistrate judge as modified and granting Defendants' motion to dismiss or, in the alternative, for summary judgment, and dismissing Barnett's employment discrimination action with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Barnett v. U.S. Attorney Gen., No. 1:11-cv-00203-IMK-JSK (N.D.W. Va. Mar. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED